# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>PHILLIP CURTIS SPILLMAN (1)<br><br>_Defendant(s)_ | )<br>)<br>) Case No.  3:22-MJ-444-BK<br>)<br>)<br>)<br>) |

**FILED**
**May 3, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the
__Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Possession with intent to distribute a controlled substance |
| 18 U.S.C § 922 (g) | Possession of a firearm while being a felon |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Charles A. Chadsey, FBI Special Agent
_Printed name and title_

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:  May 3, 2022

_____
_Judge's signature_

City and state:  Dallas, Texas         RENEE HARRIS TOLIVER, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Charles A. Chadsey, a Special Agent with the Federal Bureau of Investigation, being duly sworn, state as follows:

## AFFIANT'S EXPERIENCE

1. I am a "federal law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7) who is authorized by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent with the Federal Bureau of Investigation and have been since September 2021. Prior to being sworn in as a Special Agent with the FBI, I was a member of the Rhode Island State Police since July 2013. During my time as a Patrolman/Detective, I participated in investigations of unlawful narcotics distribution and have conducted or participated in electronic surveillances, execution of search warrants, debriefs of informants and witnesses. Through my training and experience, I have become familiar with the manner in which illegal narcotics are trafficked and distributed, and the methods of payments for such drugs. I am also familiar with the methods by which narcotics traffickers communicate with the use of mobile devices, and code words commonly used by narcotics traffickers.

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a criminal complaint for an individual identified as **Phillip Curtis Spillman**.

2. Affiant has probable cause to believe that **Phillip Curtis Spillman** did knowingly and intentionally agree to engage in conduct in violation of 21 U.S.C. §

841(a), namely, to possess with intent to distribute a controlled substance, to wit: cocaine. Affiant has probable cause to believe that **Phillip Curtis Spillman** did knowingly and intentionally possess a firearm while being a felon in violation of 18 U.S.C § 922 (g).

## THE INVESTIGATION – FACTUAL BACKGROUND

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause of a violation of federal criminal offenses, specifically 21 U.S.C. § 841 and 18 U.S.C 922(g).

## PROBABLE CAUSE

4. On April 29, 2022, at approximately 11:25 a.m., Officer L. Fillmore of the Dallas Police Department was on routine patrol at the 3300 block of Elise Faye Heggins Street when he observed a white 2017 Chrysler 300 driving westbound towards Malcolm X Boulevard with temporary Texas registration plate 07004S0. Officer Filmore conducted a registration check with negative results. As Officer Filmore got behind the vehicle, the hazard flashers turned on as it changed lanes. Officer Fillmore activated his emergency lights and conducted a traffic stop at the 2900 block of Elsie Faye Heggins Street. As the vehicle came to a stop, Officer Fillmore observed the driver making furtive gestures toward the passenger seat of the vehicle.

5. Officer Fillmore made contact with the sole occupant of the vehicle, identified as **Phillip Curtis Spillman** DOB 2/27/1989, and explained the reason for the stop. Officer Fillmore immediately detected the odor of marijuana emanating from the

vehicle. **Spillman** explained to Officer Fillmore that he recently purchased the car approximately 3 or 4 days prior. The Vehicle Identification Number (VIN) was checked through NCIC which showed that the vehicle was reported stolen by the Bedford Police Department.

6. Officer Fillmore asked **Spillman** to step out of the vehicle and inquired if there was anything illegal in the vehicle. **Spillman** replied that there was cash, and a "pinch of marijuana." **Spillman** described it as a user amount located in his bag on the passenger seat. **Spillman** was asked if there were any weapons in the vehicle to which he stated no. Due to the vehicle being confirmed stolen and his nervous behavior, **Spillman** was placed into handcuffs.

7. Officer Fillmore conducted a search of the brown leather bag where **Spillman** previously made furtive gestures towards, and where he said the marijuana was located. Inside the bag Officer Fillmore found a large quantity of U.S Currency, and a small bag containing a green leafy substance of suspected marijuana. Also found in the bag was a loaded silver .357 Magnum revolver. The firearm was checked through NCIC which showed that the firearm was reported stolen by the Garland Police Department. Officer Fillmore requested **Spillman**'s criminal history report through the Dallas Fusion Center which showed that **Spillman** was a convicted felon. **Spillman** was placed into custody and put in the squad car without incident.

8. In the passenger side floorboard, Officer Fillmore found a brown cardboard box with seven white pill bottles containing a large quantity of white/pink capsules. Also,

within the carboard box was a large white rock like substance consistent with crack cocaine.

9. Officer Fillmore conducted an inventory search of the vehicle, including a search of the trunk. Within the trunk, a large trash bag was found filled with a large amount of a green leafy substance consistent with suspected marijuana. The trunk also contained a large blue suitcase containing four handguns, and a large quantity of suspected illegal drugs. Below is a list of some of the items seized during the search to include, but not limited to, 1,058.2 grams of cocaine, 909.4 grams of heroin, 5.7 grams of methamphetamine, 141.8 grams of crack cocaine, and 12,800 grams of marijuana. All of the above field tested positive for controlled substances.

10. The firearms found within the vehicle are described as 1) Smith and Wesson 640 .357 – Serial Number: CPT0523 containing five rounds (confirmed stolen), 2) Glock 26 9mm – Serial Number: BVX2827, found with one magazine containing eight rounds, 3) Unmarked 9mm Pistol – Serial Number: unreadable, found with one magazine, 4) Kimber Pro CDP II .45 cal. – Serial Number: KR108562, found with one magazine containing nine rounds, and 5) Sig Sauer 1911 Target .45 cal. – Serial Number: GS69778, found with one magazine containing nine rounds. Also found within the vehicle was approximately $10,000 in U.S. currency, and thirteen rounds of .223 ammunition.

11. **Spillman** was transported to the Southeast substation, where he was read his *Miranda* rights, and subsequently interviewed by Special Agent K. Ryan, ATF Taskforce Officer Steve Fangman, and your affiant. Agents questioned **Spillman** about

the items found during the search. **Spillman** explained that he has only owned the vehicle for a several days, and that the drugs were not supposed to be in there. **Spillman** confirmed that he was a convicted felon and knows that he was going to be charged federally because of the firearms found withing the vehicle.

12. Based on the above information, Affiant believes there is probable cause that **Phillip Curtis Spillman** has committed a violation of 21 U.S.C. 841(a) and 18 U.S.C § 922(g) in the Northern District of Texas.

_____
Charles Chadsey
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1 this 3rd day of May 2022.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS