FILED
May 4, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:22-MJ-444-BK |
| PHILLIP CURTIS SPILLMAN (1) | |

## MOTION FOR DETENTION AND MOTION TO CONTINUE HEARING

The United States moves for pretrial detention of defendant, **PHILLIP CURTIS SPILLMAN,** pursuant to 18 U.S.C. §3142(e) and (f).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves:

   - 10 + year drug offense
   - Serious risk defendant will flee

2. Reason for Detention.  The Court should detain defendant because there are no conditions of release which will reasonably assure:

   - Defendant's appearance as required
   - Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against defendant because:

   - Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

**Motion for Detention - Page 1**

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

- After continuance of **3 days** (not more than 3).

DATED this 3rd day of May 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Phelesa M. Guy*
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar Number 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659-8809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on May 3, 2022.

*/s/ Phelesa M. Guy*
PHELESA M. GUY
Assistant United States Attorney