ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.... .... ......
NORTHERN DIST. OF TX
FILED

2022 MAY 24  PM 4:06

DEPUTY CLERK_____ *m/b*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Criminal No. |
| PHILLIP CURTIS SPILLMAN | **3-22CR0208-K** |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C))

On or about April 29, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **PHILLIP CURTIS SPILLMAN,** did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

*In violation of 21 U.S.C. § 841(a) and (b)(1)(C).*

<u>Count Two</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1))

On or about April 29, 2022, in the Dallas Division of the Northern District of

Texas, defendant **PHILLIP CURTIS SPILLMAN**, knowing he had previously been

convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed a firearms, to wit: 1) Smith and Wesson 640 .357 – Serial Number:

CPT0523, 2) Glock 26 9mm – Serial Number: BVX2827, 3) Unmarked 9mm Pistol –

Serial Number: unreadable, 4) Kimber Pro CDP II .45 cal. – Serial Number: KR108562,

and 5) Sig Sauer 1911 Target .45 cal. – Serial Number:GS69778,, and the firearms were

in and affecting commerce.

*In violation of 18 U.S.C. § 922(g)(1).*

**Indictment -- Page 2**

<u>Forfeiture Notice</u>
[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

Upon conviction for the offense alleged in Count One of the indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **PHILLIP CURTIS SPILLMAN**, shall forfeit to the United States of America the firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

1) Smith and Wesson 640 .357 – Serial Number: CPT0523,

2) Glock 26 9mm – Serial Number: BVX2827,

3) Unmarked 9mm Pistol – Serial Number: unreadable,

4) Kimber Pro CDP II .45 cal. – Serial Number: KR108562,

5) Sig Sauer 1911 Target .45 cal. – Serial Number:GS69778, and

6) Any ammunition and magazines found with the firearms.

**Indictment -- Page 3**

A TRUE BILL.

_Natalie Wilson_
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

For: Phelesa M. Guy
Assistant United States Attorney
Texas Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
E-Mail: Phelesa.guy@usdoj.gov
Telephone: 214.659.8600
Facsimile: 214.659.8809

**Indictment -- Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PHILLIP CURTIS SPILLMAN

INDICTMENT

21 U.S.C. § 841(a) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm
(Count 2)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture

2 Counts

A true bill rendered

---

DALLAS                                                              FOREPERSON

Filed in open court this 24 day of May, 2022.

---

**Defendant in Federal Custody since April 29th, 2022**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:22-MJ-444-BK